**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: CASCELLA, RAFFAELLA | § Case No. 09-16513-JS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/17/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 08/12/2010      By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                             Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CASCELLA, RAFFAELLA § Case No. 09-16513-JS
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 135,080.25

*and approved disbursements of* $ 22,859.79

*leaving a balance on hand of* [1] $ 112,220.46

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID E. GROCHOCINSKI | $ | $ 100.00 |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 3,290.00 | $ 63.28 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,495.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $_____4,933.20__ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,034.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | $ 4,583.34 | $ 4,583.34 |
| 1I | PYOD LLC its successors and assigns as assignee of Citibank | $ 28.50 | $ 28.50 |
| 2 | Roundup Funding, LLC | $ 290.12 | $ 290.12 |
| 2I | Roundup Funding, LLC | $ 1.80 | $ 1.80 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 149.13 | $ 149.13 |
| 3I | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 0.93 | $ 0.93 |
| 4 | Charles P. Pavesich & Associates, Ltd. | $ 1,399.00 | $ 1,399.00 |
| 4I | Charles P. Pavesich & Associates, Ltd. | $ 8.70 | $ 8.70 |
| 5 | City View at the Highlands | $ 2,612.98 | $ 2,612.98 |
| 5I | City View at the Highlands | $ 16.25 | $ 16.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                                   *Allowed Amt. of Claim*   *Proposed Payment*

                                      N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 93,248.23.

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                       Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: choward                Page 1 of 1                  Date Rcvd: Aug 13, 2010
Case: 09-16513                Form ID: pdf006              Total Noticed: 18

The following entities were noticed by first class mail on Aug 15, 2010.
db           +Raffaella M Cascella,    2720 S Highland Ave,    Apt 535,    Lombard, IL 60148-5391
aty          +Phillip A Olson,    Charles P. Pavesich & Associates Ltd,    1011 East Roosevelt Road,
               Lombard, IL 60148-4166
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
13884670     +Angie Cascella,    1350 s. Lorraine, Apt. C,    Wheaton, IL 60189-7056
13884671     +Charles P. Pavesich & Assoc.,    1011 E. Roosevelt Road,    Lombard, IL 60148-4166
14393315     +Charles P. Pavesich & Associates, Ltd.,    1011 E. Roosevelt Rd.,    Lombard, IL 60148-4166
14706962     +City View at the Highlands,    c/o L Donald Huelson,    200 S Wacker Drive, Ste. 3100,
               Chicago, IL 60606-5877
13884672     +City View at the Highlands Apt.,    2720 s. Highland Ave.,    Lombard, IL 60148-5302
13884673      DuPage County Collector,    PO Box 4203,    Carol Stream, IL 60197-4203
13884674      Express,    PO Box 659728,    San Antonio, TX 78265-9728
13884675      Lakeview Place Condominium,    c/o Vanguard Management,    PO Box 61955,    Phoenix, AZ 85082-1955
13884676      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
14106734     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13884677      Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
13884678      Travelers Insurance,    One Tower Square,    Hartford, CT 06183-1001
13884679      Visa/Citibank,    PO Box 6000,    The Lakes, NY 89163-6000
The following entities were noticed by electronic transmission on Aug 13, 2010.
14388480      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2010 01:57:21
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK 73124-8838
14339358      E-mail/PDF: BNCEmails@blinellc.com Aug 14 2010 01:58:55     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**              **Signature:** _Joseph Speetjens_